**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed December 22, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00305-CV

### CITY OF HOUSTON, TEXAS, Appellant

### V.

### DARRYL S CHAPMAN, Appellee

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2019-20078**

## MEMORANDUM OPINION

This is an appeal from a judgment signed April 10, 2019. On December 4, 2020, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer